UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY O'DELL DERRICK,

    Plaintiff,

v.

                          CASE NO: 19-CV-13105

CORRECT CARE SOLUTIONS, JILL
WARNER, and TAMARA SMITH,

    Defendants.
                           /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    This matter was referred to United States Magistrate Kimberly G. Altman pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In her report filed on January 15, 2021, the magistrate judge recommended that this court grant defendants' motion for summary judgment (ECF No. 28) and deny Derrick's motion for summary judgment (ECF No. 42). No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

    The court ADOPTS the Report and Recommendation for purposes of this Order.

    Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants Motion for Summary Judgment is **GRANTED**

---

    [1]The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

and Plaintiff's Motion for Summary Judgment is **DENIED.**

.

                                     S/Robert H. Cleland  
                                     ROBERT H. CLELAND  
                                     UNITED STATES DISTRICT JUDGE

Dated:  February 12, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 12, 2021, by electronic and/or ordinary mail.

                                     S/Lisa Wagner  
                                     Case Manager and Deputy Clerk  
                                     (810) 292-6522

.