UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY O'DELL DERRICK,

    Plaintiff,

v.                                                             Case No: 19-CV-13105

CORRECT CARE SOLUTIONS, JILL
WARNER AND TAMARA SMITH,

    Defendants..
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Adopting the Magistrate's Report and Recommendation" dated February 12, 2021,

**IT IS ORDERED AND ADJUDGED** that the judgment is entered for Defendants and against Plaintiff Cory O'Dell Derrick.

Dated at Port Huron, Michigan, this 12th day of February, 2021.

                                                      KINIKIA ESSIX
                                                      CLERK OF THE COURT

                                                      BY: s/Lisa Wagner
                                                      Deputy Clerk and
                                                      Case Manager to
                                                      Judge Robert H. Cleland